# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| JOSEPH BAUER, | : | No. 914 MAL 2015 |
| | : | |
| Petitioner | : | |
| | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Commonwealth Court |
| v. | : | |
| | : | |
| | : | |
| UNEMPLOYMENT COMPENSATION | : | |
| BOARD OF REVIEW, | : | |
| | : | |
| Respondent | : | |
| | : | |
| PENNSYLVANIA DEPARTMENT OF | : | |
| TRANSPORTATION, | : | |
| | : | |
| Intervenor | : | |

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 11th day of April, 2016, the Petition for Allowance of Appeal is **DENIED**.